IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANIBAL ROMAN, | ) |
| | ) |
| Plaintiff, | ) 2:22-cv-188 |
| | ) |
| vs. | ) |
| | ) |
| DR. SCOTT PRINCE; DR. JAWAD SALAMEH; and LAUREL HARRY, | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT & RECOMMENDATION**

Before the Court is Magistrate Judge Maureen P. Kelly's Report & Recommendation (ECF 61) on Defendant Laurel Harry's Motion to Dismiss (ECF 50) and Plaintiff Anibal Roman's Motion to Strike that motion (ECF 56).  Having reviewed the Report & Recommendation and the record in this case for clear error, and having considered that no objections to the Report & Recommendation were filed, the Court finds no clear error on the face of the record.

It is **ORDERED** that Defendant Harry's Motion to Dismiss is granted in part and denied in part, and Plaintiff's Motion to Strike, which the Court construes as a response to the motion, is denied as moot.  The Report & Recommendation is adopted as the opinion of the Court.  Because Mr. Roman has already been given leave to

amend the complaint as to his ADA claim, the dismissal of that claim as to Defendant Harry is with prejudice, consistent with the Report & Recommendation.

DATED this 2nd day of January, 2024.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:
Anibal Roman
FD7849
SCI Laurel Highlands
5706 Glades Pile
Somerset, PA 15501