**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANIBAL ROMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-188J |
| | ) | District Judge J. Nicholas Ranjan |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| DR. SCOTT PRINCE *Physician employed by* | ) | Re: ECF Nos. 73 and 86 |
| *SCI-Dallas*; DR. JAWAD A. SALAMEH | ) | |
| *Nephrologist, former employee of SCI-Laurel* | ) | |
| *Highlands, Correct Care Solutions and Well* | ) | |
| *Path*; LAUREL HARRY, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Pending before the Court are Motions for Appointment of Counsel. ECF Nos. 73 and 86, filed by Plaintiff Anibal Roman.  In the instant motions, Plaintiff seeks the appointment of counsel in light of the alleged complicated nature of his medical circumstances.  On April 23, 2024, the Court conducted a telephone status conference in this case, discussed Plaintiff's current medical conditions and request for counsel.  ECF No. 85. Given Plaintiff's medical condition and the nature of the issues involved in his case, it is apparent that the appointment of counsel is now warranted and will facilitate the completion of fact discovery, the consideration of any motions for summary judgment and any trial proceedings.

Accordingly, this 14th day of May, 2024, IT IS HEREBY ORDERED that Plaintiff's Motions for Appointment of Counsel, ECF Nos. 73 and 86, are GRANTED, and that pursuant to 28 U.S.C.§1915(e)(1) and the order of court dated March 24, 1999, entered pursuant to the resolution of the Board of Judges of the United States District Court for the Western District of

Pennsylvania In re: Funding of Plan for the Appointment of Counsel in Select Pro Se Prisoner Civil Rights Actions (Miscellaneous No. 99-95), the Clerk of Court is directed to request a lawyer to consider entering an appearance on behalf of the plaintiff in the above-captioned matter.

IT IS FURTHER ORDERED that the Clerk of Court provide counsel with a copy of the most current complaint, answers, and any additional pleadings or documents requested by counsel.

IT IS FURTHER ORDERED that this matter shall be STAYED and ADMINISTRATIVELY CLOSED pending the appointment of counsel.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:     All counsel of record via CM/ECF.

ANIBAL ROMAN
FD7849
SCI LAUREL HIGHLANDS
5706 Glades Pike
P.O. Box 631
Somerset, PA 15501